**UNITED STATES of America,**
Plaintiff-Appellee,

v.

**Wilbert Charles SCHULTZ, Jr.,**
Defendant-Appellant.

**No. 275, Docket 24355.**

United States Court of Appeals
Second Circuit.

Argued March 8, 1957.

Decided March 28, 1957.

Writ of Certiorari Denied June 17, 1957.

See 77 S.Ct. 1379.

Theodore F. Bowes, U. S. Atty., Syracuse, N. Y. (Richard E. Bolton, Syracuse, N. Y., of counsel), for plaintiff-appellee.

Hayden C. Covington, Brooklyn, N. Y., for defendant-appellant.

Before MEDINA and WATERMAN, Circuit Judges, and GALSTON, District Judge.

PER CURIAM.

Affirmed on the opinion of Judge Brennan, D.C., 150 F.Supp. 303.